UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
Creative Good          :
   -v-                 :           12 CIV 6053 (JFK)
Osuhosting             :
-----------------------------------X

Please be advised that the conference scheduled for **October 24** has been rescheduled to **November 26, 2012** at **11:00 a.m.** in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

10-19-12

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-12