ANDERSON KILL & OLICK, P.C.
Jerry S. Goldman, Esq.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1000

Attorneys for Plaintiff
Creative Good, Inc.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CREATIVE GOOD, INC.,<br><br>                     Plaintiff,<br><br>v.<br><br>OSUHOSTING.COM LLC d/b/a<br>THE CREATIVE GOOD,<br><br>                     Defendant. | No. 1:12-CV-06053 (JFK) |

### NOTICE OF VOLUNTARY DISMISSAL

Whereas, all matters in dispute between parties of Defendant have been settled, compromised and fully satisfied pursuant to a settlement agreement.

Whereas, no answer or motion for summary judgment has been received by counsel for the Plaintiff.

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Creative Good, Inc., by its undersigned attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant OSUHosting.Com LLC d/b/a The Creative Good, Inc.

Each Party shall bear its own costs and attorneys' fees in this matter, with all matters in dispute having been settled, compromised and fully satisfied pursuant to the parties settlement agreement.

-2-

Dated: New York, New York
November 7, 2012

                            ANDERSON KILL & OLICK, P.C.

                            By: /s/ Jerry S. Goldman
                                Jerry S. Goldman
                                1251 Avenue of the Americas
                                New York, New York 10020
                                (212) 278-1449

                                Attorneys for Plaintiff
                                Creative Good, Inc.

## CERTIFICATE OF SERVICE

I, Jerry S. Goldman, an attorney admitted in this jurisdiction, hereby certify that on this 7th day of November 2012, a true and correct copy of the foregoing was served by CM/ECF to the parties registered with this Court's CM/ECF system and by U.S. Mail, postage prepaid to OSUHosting.Com LLC d/b/a the Creative Good, Inc. c/o Brian Greenwood, 909 West 5th Avenue, Suite 5, Columbus Ohio 43212 and Brian Downey, Esquire, Barnes & Thornburg, LLP, 41 S High Street, Suite 3300, Columbus Ohio 43215.

Dated:   November 7, 2012
         New York, New York

                                        /s/ Jerry S. Goldman
                                        Jerry S. Goldman