UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Creative Good

:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-12

vs                                    :        12 civ. 6053

OSUHosting.Com LLC d/b/a              :
The Creative Good                     :

------------------------------------x

      PLEASE BE ADVISED THAT THE CONFERENCE SCHEDULED
FOR Nov. 26, 2012    IS HEREBY CANCELLED.

Dated: 11-8-12

RESPECTFULLY,

William Ryan
Clerk to Judge Keenan